UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES POLLARD and MARY POLLARD,<br>husband and wife,<br><br>                    Plaintiffs,<br><br>     -vs-<br><br>THE CITY OF SPOKANE VALLEY, a<br>non-charter code City, the CITY<br>OF SPOKANE VALLEY CITY COUNCIL<br>and DAVE MERCIER, City Manager,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NO. CV-08-0214-LRS

**ORDER OF DISMISSAL
WITH PREJUDICE**

THIS MATTER came on for hearing before the above-entitled Court on the day and date last written below.  In consideration of the stipulation of the plaintiffs, Ct. Rec. 36, the Court orders that plaintiffs' claims against the defendants be and the same are hereby dismissed with prejudice and without costs.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE.**

**DATED** this 26th day of April, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - 1